UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>V.<br><br>STACEY STOUT,<br>　　Defendant. | CRIMINAL NO. 6:16-5-KKC-HAI-15<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on a recommended disposition in which Magistrate Judge Hanly Ingram makes certain recommendations regarding Defendant's admitted violations of the terms of her supervised release (DE 892). Although the time for filing objections has not run, defendant has waived her right to appear before the district judge, to make a statement, and present mitigating information. (DE 894). Therefore, the Court will FIND that the defendant does not object to Judge Ingram's recommendations regarding her supervised release violations. Accordingly,

IT IS ORDERED that Judge Ingram's Recommended Disposition (DE 892) is ADOPTED as and for the Opinion of the Court. The United States Probation Office SHALL prepare an amended judgment consisted with this Recommendation.

Dated July 28, 2021.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY